[No. 23012.   Department One.   May 12, 1931.]

SPOKANE MERCHANTS' ASSOCIATION *et al.*, *Appellants*, v. EDISON WORTHINGTON, *Respondent.*[1]

*Lund & Dodds*, for appellants.

*Davis, Heil & Davis*, for respondent.

PER CURIAM.—This case in all material respects is like that of *Spokane Merchants' Association v. Spokane Dry Goods Co.*, *ante* p. 577, 299 Pac. 371, and, upon the authority of that case, the judgment in this case will be reversed.

[No. 23011.   Department One.   May 12, 1931.]

SPOKANE MERCHANTS' ASSOCIATION *et al.*, *Appellants*, v. EARL MCBRIDE *et al.*, *Respondents.*[2]

*Lund & Dodds*, for appellants.

*Davis, Heil & Davis*, for respondents.

PER CURIAM.—This case in all material respects is like that of *Spokane Merchants' Association v. Spokane Dry Goods Co.*, *ante* p. 577, 299 Pac. 371, and, upon the authority of that case, the judgment in this case will be reversed.

[1]Reported in 299 Pac. 374.

[2]Reported in 299 Pac. 374.